UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUCAS E. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:04CV1814 TIA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss and the subsequent response and reply thereto. The parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

After thoroughly reviewing the memoranda and accompanying exhibits related to the Motion to Dismiss, the undersigned finds that a hearing is warranted. Specifically, the parties are to further address whether the Postal Service violated state laws and/or highway regulations in its placement of the mailboxes at the U.S. Highway 63/Christopher Drive intersection. (POM 632.524)

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall present oral argument on Defendant's Motion to Dismiss, focusing on the aforementioned issue, on **Monday, July 10, 2006 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that this case is re-set for trial on **Monday, October 2, 2006 at 9:00 a.m.** This is a bench trial with an advisory jury.

                                                /s/ Terry I. Adelman
                                        UNITED STATES MAGISTRATE JUDGE

Dated this   14th   day of June, 2006.